SLAUGHTER, REAGAN & COLE, LLP
ATTORNEYS AT LAW
625 E. SANTA CLARA STREET, SUITE 101
VENTURA, CALIFORNIA 93001
TELEPHONE: (805) 658-7800
FACSIMILE: (805) 644-2131

Barry J. Reagan– State Bar No. 156095
reagan@srllplaw.com
Vanessa L. Vinje– State Bar No. 305230
vvinje@srllplaw.com
Attorneys for Defendants,
    DAVID DUEL; REBECCA DUEL;
    ILANA YAMTOOBIAN; URBAN
    BLOX, LLC; S BONITA ONE, LLC; IY
    EK PARTNERS, LLC; 27 OZONE,
    LLC; URBAN DEVELOPER, LLC;
    THORNTON PROPERTY ONE, LLC;
    NOURAFSHAN VENICE
    PROPERTIES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROSEN, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>DAVID DUEL; REBECCA DUEL; ILANA YAMTOOBIAN; TERRY POLESIE; KATHY COOK; RAFFI SHIRINIAN; JENNIFER GETZ; DAVID NOURAFSHAN; URBAN BLOX LLC; URBAN BLOX CRIMINAL ENTERPRISE; SURF REALTY CORPORATION; R & LS INVESTMENTS, INC.; KIMBERLY ROBERTS STEPP; STEPP COMMERCIAL; THORNTON PROPERTY ONE LLC; RIF INVESTMENTS-2 LLC; CENTRAL REALTY ADVISORS, INC.; URBAN DEVELOPER LLC,; S BONITA ONE, LLC; 351 SB TWO LLC; IY EK PARTNERS, LLC; 27 OZONE, LLC; NOURAFSHAN VENICE PROPERTIES, LLC; FORWARD MANAGEMENT LONG BEACH, INC.; JOSEPH MISKABI; LAW OFFICES OF | Case No. 2:21-cv-08935-SVW-MARx<br><br>Assigned to Judge Fred W. Slaughter Department 10D<br><br>Complaint Filed: November 12, 2021<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR COORDINATION/CONSOLIDATION UNDER F.R.C.P. RULE 42** |

1
[PROPOSED] ORDER RE JOINT STIPULATION FOR COORDINATION/CONSOLIDATION UNDER FRCP RULE 42

JOSEPH MISKABI; RICHARD DAGGENHURST; FELMAN, DAGGENHURST & EL DABE; DAGGENHURST LAW PC; and DOES 1 through 100, inclusive;

    Defendant(s).

## [PROPOSED] ORDER

Based upon the stipulation of the parties, the Court **ORDERS**

1. The cases of *Rosen v. Duel, et al.*, United States District Court Case No. 2:21-CV-08935; *Silver v. Duel, et al.*, United States District Court Case No. 2:21-CV-09522; *Plouviez v. Duel, et al.*, United States District Court Case No. 2:21-CV-08934; *Wolov v. Duel, et al.*, United States District Court Case No. 2:21-CV-09839; *Smith v. Duel, et al.*, United States District Court Case No. 2:21-CV-09618; and *Campolo v. Duel, et al.*, United States District Court Case No. 2:21-CV-09663 are **CONSOLIDATED FOR ALL PURPOSES, EXCEPT TRIAL.**

2. The above-referenced matters are assigned to Judge _____ in Department _____ for further handling.

3. Discovery and Case Management Orders are to be coordinated with Judge _____.

4. The cases will remain separate for trial purposes.

Dated: _____

                                              _____
                                              JUDGE OF THE US DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

SLAUGHTER, REAGAN & COLE, LLP
ATTORNEYS AT LAW
625 E. SANTA CLARA STREET, SUITE 101
VENTURA, CALIFORNIA 93001
TELEPHONE (805) 658-7800
FACSIMILE: (805) 644-2131